# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROOSEVELT BRADLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KRINGLE CANDLE COMPANY, LLC,<br><br>　　　　　Defendant. | Civil Action No. 2:25-cv-00009 |

## NOTICE OF SETTLEMENT

Plaintiff Roosevelt Bradley hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Kringle Candle Company, LLC. The parties are finalizing resolution documents and expect to file a stipulation of dismissal within thirty days.

Dated: July 2, 2025　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
　　　　　　　　　　　　　　　　　　　　　101 Pennsylvania Boulevard, Suite 2
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15228
　　　　　　　　　　　　　　　　　　　　　Phone: (412) 857-5350

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 2nd day of July, 2025.

                                                     _/s/ Benjamin J. Sweet_
                                                       Benjamin J. Sweet