IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROOSEVELT BRADLEY,<br><br>                Plaintiff,<br>   v.<br><br>KRINGLE CANDLE COMPANY, LLC,<br><br>                Defendant. | Civil Action No. 2:25-cv-00009 |

## STIPULATION FOR DISMISSAL

Plaintiff, Roosevelt Bradley, and Defendant, Kringle Candle, LLC, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 19, 2025

| | |
|---|---|
| NYE STIRLING, HALE,<br>MILLER, AND SWEET, LLP | ROTHBERG LOGAN & WARSCO, LLP |
| By:   /s/ *Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>101 Pennsylvania Boulevard, Suite 2<br>Pittsburgh, Pennsylvania 15228<br>Telephone: (412) 857-5350 | By:   /s/ *Michelle K. Floyd*<br>Michelle K. Floyd, Esq.<br>505 E. Washington Boulevard,<br>Fort Wayne, Indiana 46802<br>Telephone: (260) 422-9454 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 19th day of September, 2025.

                                                */s/ Benjamin J. Sweet*
                                                    Benjamin J. Sweet